

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00596-CV

**IN RE** Raymond Matthew **GALASSO**, and Colleen Galasso,
both individually, and on behalf of their son Raymond George Galasso

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice

Delivered and Filed: October 29, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On September 19, 2025, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CI17440, styled *Raymond Matthew Galasso, and Colleen Galasso, both individually, and on behalf of their son, Raymond George Galasso, deceased, Plaintiffs, v. Alamo Trust, Inc., et al*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.